964

No. 78-5955. Scherer v. Webster, Director, Federal Bureau of Investigation, et al. C. A. 7th Cir. Certiorari denied.

No. 78-5976. Harris v. United States. C. A. 4th Cir. Certiorari denied.

No. 78-5986. Hill v. United States. C. A. 6th Cir. Certiorari denied.

No. 78-5999. Herrell v. United States. C. A. 9th Cir. Certiorari denied.

No. 78-6010. Beals v. Wilson et al. C. A. 10th Cir. Certiorari denied.

No. 78-6012. McGrath v. United States. C. A. 9th Cir. Certiorari denied.

No. 78-6057. Pope v. Pomerleau et al. C. A. 4th Cir. Certiorari denied.

No. 78-6059. Irons v. Montanye, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 78-6063. Stafford v. NAA Employees Federal Credit Union. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78-6065. Langford v. Michigan. Ct. App. Mich. Certiorari denied.

No. 78-6075. Harper v. California. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 78-6078. Sankey v. Alabama. Sup. Ct. Ala. Certiorari denied.

No. 78-6079. Young v. California. Sup. Ct. Cal. Certiorari denied.